UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  　　　　　　　　　　　　　　　　　　　CASE NO. A10-86096-BEM
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
INGRID BENITA WRIGHT

　　　　　　　　　　　　　　　　　　　　　　　　BARBARA ELLIS-MONRO, JUDGE

　　　　　　　DEBTOR  　　　　　　　　　　　　**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, MARY IDA TOWNSON, TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 6655 | $1,050.50 | $1,050.50 | $1,050.50 |
| Total Amount Paid by Trustee | | | | $1,050.50 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. A10-86096-BEM

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 17th day of September, 2015.

INGRID BENITA WRIGHT
2487 HONEY CREEK RD, SW
CONYERS, GA  30094


ROBERT J. SEMRAD & ASSOCIATES
SUITE 3600
101 MARIETTA ST, NW
ATLANTA, GA  30303


FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)
ATTN: BANKRUPTCY ADMINISTRATOR
C/O Seterus, Inc.
P.O. Box 2206
Grand Rapids, MI  49501-2206


FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)
ATTN: BANKRUPTCY ADMINISTRATOR
PO BOX 2008
GRAND RAPIDS, MI 49501-2008


ROSICKI, ROSICKI & ASSOCIATES, P.C.
ATTN: ERIC SHEIDLOWER
51 E. BETHPAGE ROAD
PLAINVIEW, NY 11803


Date:  September 17, 2015                           /s/ MARY IDA TOWNSON, TRUSTEE
NOTICE OF FINAL CURE PAYMENT               MARY IDA TOWNSON, TRUSTEE
(CASE NO. A10-86096-BEM)                          Chapter 13 Trustee
                                                                       191 PEACHTREE STREET
                                                                       SUITE 2200
                                                                       ATLANTA, GA  30303-1740