# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: <br> INGRID BENITA WRIGHT <br><br> Debtor(s) | Case No. A10-86096-BEM |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

MARY IDA TOWNSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/03/2010.

2) The plan was confirmed on 12/15/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/04/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/13/2012.

5) The case was completed on 08/21/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 61.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $46,100.00.

10) Amount of unsecured claims discharged without payment: $2,482.20.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $41,479.50 |
| Less amount refunded to debtor | $403.09 |

**NET RECEIPTS:** $41,076.41

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,900.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,929.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,829.53

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AVALON AT HILLANDALE PARK HOA | Secured | 2,953.00 | 3,434.00 | 3,434.00 | 3,434.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 9,843.00 | 1,050.50 | 1,050.50 | 1,050.50 | 0.00 |
| GEORGIA DEPT OF REVENUE | Secured | 556.81 | 609.97 | 609.97 | 609.97 | 0.00 |
| GEORGIA DEPT OF REVENUE | Priority | 294.00 | 555.61 | 555.61 | 555.61 | 0.00 |
| GEORGIA DEPT OF REVENUE | Unsecured | NA | 38.76 | 38.76 | 38.76 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 8,488.20 | 10,385.50 | 10,385.50 | 10,385.50 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,554.98 | 3,554.98 | 3,554.98 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 783.35 | 783.35 | 783.35 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Unsecured | 255.00 | 181.46 | 181.46 | 181.46 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 24.56 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 129.64 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 449.31 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 604.52 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 82.17 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK, NA | Unsecured | NA | 0.00 | 4,929.83 | 4,929.83 | 0.00 |
| WELLS FARGO BANK, NA | Secured | 14,073.00 | 14,279.83 | 9,350.00 | 9,350.00 | 372.92 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,050.50 | $1,050.50 | $0.00 |
| Debt Secured by Vehicle | $9,350.00 | $9,350.00 | $372.92 |
| All Other Secured | $4,043.97 | $4,043.97 | $0.00 |
| **TOTAL SECURED:** | **$14,444.47** | **$14,444.47** | **$372.92** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,941.11 | $10,941.11 | $0.00 |
| **TOTAL PRIORITY:** | **$10,941.11** | **$10,941.11** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,488.38** | **$9,488.38** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,829.53 |
| Disbursements to Creditors | $35,246.88 |
| **TOTAL DISBURSEMENTS :** | **$41,076.41** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/13/2015                By: /s/ MARY IDA TOWNSON
                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| INGRID BENITA WRIGHT | ) | |
| | ) | CASE NO. A10-86096-BEM |
| | ) | |
| DEBTOR | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   INGRID BENITA WRIGHT
   P.O. BOX 81820
   CONYERS, GA  30013


   ROBERT J. SEMRAD & ASSOCIATES
   SUITE 3600
   101 MARIETTA ST, NW
   ATLANTA, GA  30303


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  10/13/2015

                                                              /S/
                                      Mary Ida Townson, Chapter 13 Trustee
                                      State Bar No. 715063
                                      100 Peachtree Street, Suite 2700
                                      Atlanta, GA 30303
                                      (404) 525-1110
                                      maryidat@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**